UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80065-CR-CANNON

**UNITED STATES OF AMERICA**,

 Plaintiff,
v.

**RAFAEL ERNESTO GUERRERO**,
a/k/a, "Rafael Ernesto Guerrero-Bernabel
  a/k/a, "Luis Rosario"

 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 73]. On July 2, 2021, Magistrate Judge Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 73]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 73] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Rafael Ernesto Guerrero, a/k/a "Rafael Ernesto Guerrero-Bernabel," a/k/a "Luis Rosario," as to Count Nine of the Indictment is **ACCEPTED**;

3. Defendant Rafael Ernesto Guerrero, a/k/a "Rafael Ernesto Guerrero-Bernabel," a/k/a "Luis Rosario," is adjudicated guilty of Count Nine of the Indictment, which charges

CASE NO. 21-80065-CR-CANNON

him with attempted reentry after deportation for an aggravated felony, in violation of Title 8, United States Code, Sections 1326(a), and 1326(b)(2).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 23rd day of July 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record